October 29, 1968.

M. P. No. 555. ATLANTIC TUBING AND RUBBER Co. v. CITY COUNCIL OF CRANSTON, et al. Certiorari granted. *Jordan, Hanson & Curran, William A. Curran,* for petitioner. *Peter Palombo, Jr.,* City Solicitor, *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for respondents.

APPEALS NOS. 525, 526, 527. BRIC'S MARKET INC., et al. v. ESTATE OF J. EVERETT BENSON, et al., BRIC'S MARKET INC., et al. v. STATE OF RHODE ISLAND, ESTATE OF J. EVERETT BENSON, et al. v. STATE OF RODE ISLAND. Motion of appellees to dismiss appeal of appellants denied without prejudice to the right of appellees to renew the motion at hearing on the merits. *Moore, Virgadamo, Boyle & Lynch, Francis J. Boyle,* for plaintiffs—Bric's Market Inc., et al. *Patrick O'N. Hayes, Joseph T. Houlihan,* for defendants—Estate of J. Everett Benson et al. *Alexander G. Teitz,* Special Counsel, office of Attorney General, for State.

November 6, 1968.

M. P. No. 540. BESSIE RUBIN v. JOHN F. DORIS, *Associate Justice.* Petition for writ of mandamus denied as moot. *Leonard A. Kamaras,* for petitioner.

November 14, 1968.

M. P. No. 556. LOUIS J. TAGLIANETTI v. JEAN MARC FONTAINE, *Sheriff,* and/or HAROLD LANGLOIS, *Warden.* Habeas corpus granted for hearing on right of petitioner to be admitted to bail. *John A. Varone,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Richard J. Israel,* Asst. Attorney General, for respondent.

M. P. No. 584. BARBARA CARDOZA v. ALBERT J. CARDOZA. Certiorari denied. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum, Alfred Factor,* for plaintiff-appellee. *Thomas Santamaria,* for defendant-appellant.